44152. McCHARGUE v. BLACK GRADING CONTRACTORS, INC.

Eberhardt, Judge. It was error to grant defendant's motion for summary judgment where the pleadings, depositions and affidavits, summarized below, did not show that there was no genuine issue as to any material fact and that defendant was

entitled to judgment as a matter of law. Accordingly, the judgment must be

*Reversed. Bell, P. J., and Deen, J., concur.*

SUBMITTED JANUARY 8, 1969—DECIDED JANUARY 14, 1969.

*Bullock, Yancey & Mitchell, Kyle Yancey,* for appellant.
*Hansell, Post, Brandon & Dorsey, Hugh E. Wright,* for appellee.